United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARTIN RODRIGUEZ HERNANDEZ, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action 4:25-cv-4175 |
| § | |
| KRISTI NOEM, SECRETARY, UNITED § | |
| STATES DEPARTMENT OF HOMELAND § | |
| SECURITY, et al., § | |
| § | |
| Respondents. § | |

## ORDER

On this day came on to be considered, Petitioner's request for a temporary restraining order. Having found good cause to grant relief, the Court enters the following order:

It is ORDERED that U.S. Immigration and Customs Enforcement (ICE), through Enforcement and Removal Operations (ERO), shall honor the bond issued by the Immigration Judge in this case. Petitioner shall make the bond payment by delivering it to Houston Field Office, 126 Northpoint Drive, Houston, TX 77060 by September 10, 2025. ERO shall accept the bond payment. Petitioner shall also complete all other documents necessary to complete the bond process. Upon the posting of the bond, the Department of Homeland Security shall release Petitioner subject to standard process and safe release considerations.

Nothing in this ORDER prejudices the immigration court's ability to reconsider its bond decision, nor does it prospectively constrain ICE's enforcement discretion.

It is so ORDERED.

_September 10, 2025_
Date

The Honorable Alfred Bennett
United States District Judge